THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIAM VRONCH, Defendant-Appellant.

(No. 72-393;

Second District—February 26, 1974.

Opinion by Mr. JUSTICE RECHENMACHER.

David F. Smith, of Loves Park, for appellant.

Philip G. Reinhard, State's Attorney, of Rockford (James W. Jerz and Thomas Sullivan, both of Model District State's Attorneys Office, of counsel), for the People.